Castro v Admar Supply Co., Inc. (2018 NY Slip Op 02112)





Castro v Admar Supply Co., Inc.


2018 NY Slip Op 02112


Decided on March 23, 2018


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on March 23, 2018
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CENTRA, PERADOTTO, LINDLEY, AND WINSLOW, JJ.


1553 CA 17-00074

[*1]RALFAEL CASTRO, PLAINTIFF-RESPONDENT,
v
ADMAR SUPPLY COMPANY, INC., DEFENDANT-APPELLANT. (APPEAL NO. 1.) 






RUPP BAASE PFALZGRAF CUNNINGHAM LLC, BUFFALO (WILLIAM K. KENNEDY OF COUNSEL), FOR DEFENDANT-APPELLANT. 
BERGEN & SCHIFFMACHER, LLP, BUFFALO (JOSEPH R. BERGEN OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 


 Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered March 14, 2016. The order, among other things, denied defendant's motion for a protective order. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Castro v Admar Supply Company, Inc. ([appeal No. 2] — AD3d — [Mar. 23, 2018] [4th Dept 2018]).
Entered: March 23, 2018
Mark W. Bennett
Clerk of the Court